AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

May 01, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _Myrna Gallegos_
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ismael DELGADO-Armas | ) | Case No. **EP-26-MJ-1807-ATB** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 30, 2026 _____ in the county of _____ El Paso _____ in the
_____ Western _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111 | Knowing and intentionally forcibly assaults, resists, opposes, impedes, intimidates, or interferes with a federal officer engaged in the performance of official duties, a felony offense; |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Juan A. Ortiz, Special Agent
_____
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 05/01/2026 _____

_____
_Judge's signature_

City and state: _____ El Paso, Texas _____

Anne T. Berton, U.S. Magistrate
_____
_Printed name and title_

Complaint sworn to telephonically on
_____ May 01, 2026 _____ at __01:13 PM__ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

AFFIDAVIT

On April 30, 2026, at approximately 3:30, Homeland Security Investigations (HSI) Violent Crimes and Gangs Task Force (VCGTF) Special Agent Juan Ortiz responded to the Paso Del Norte Port of Entry (PDN-POE) in El Paso, Texas which is in the Western District of Texas, in reference to an assault on a Customs and Border Protection Officer (CBPO).

Upon arrival, SA Ortiz made contact with CBPOs Matthew Montana and Marco Garcia. SA Ortiz was advised that the subject, identified as Ismael DELGADO-Armas (DELGADO), approached the PDN-POE pedestrian pre-screening checkpoint. When asked for entry documents, DELGADO stated he had none and admitted he was not a U.S citizen. CBPOs also detected the odor of alcohol from DELGADO's person. DELGADO was denied entry and instructed he could not proceed without proper documents.

The CBPOs advised they recognized him as the subject involved in a confrontation the previous night on April 29, 2026.  The CBPOs explained they witnessed DELGADO being combative with the CBPOs manning the pre-screening checkpoint and those officers had called out for back-up assistance.  The CBPOs observed DELGADO being verbally abusive, spitting and threatening the officers.  The CBPOs advised DELGADO threw a traffic cones, water jugs and trash at the officers from the Mexican side.  The CBPOs recalled DELGADO retreated to Mexico when several officers responded to help.

The CBPOs advised DELGADO calmly took a few steps back into Mexico and stopped. DELGADO facing the officers, staring intensely directly at CBPO Garcia and stated he needed to talk to the "CIA" (Central Intelligence Agency) because he had information on the Sinaloa Cartel.  The CBPOs noted DELGADO became angry the officers were not being receptive, he began raising his voice, yelling insults, clinching his fists.  The CBPOs observed would pace back and forth toward the officers and back to Mexico. The CBPOs observed DELGADO spit in their direction and approached the boundary line with his body bladed, raised his right arm readying to throw a punch at CBPO Garcia. CBPO Garcia stepped aside to avoid a punch from DELGADO and grabbed him to restrain him by taking him to the ground.  CBPO Montana stated he stepped in to help and was struck in the face by DELGADO as they all went to the ground.  CBPO Montana stated he felt stinging pain to his lip and was disoriented by the strike to his face.

The CBPOs had to physically struggle with DELGADO on the ground to get him under control.  DELGADO was physically resisted being restrained with hand cuffs.  After being placed in hand cuffs, DELGADO refused to comply and was stood up and propped against the Boundary marker. CBPO Montana stated he noticed the taste of blood in his mouth and spit some blood after the incident.

Watch Commander (SCBPO) Belinda Ramos advised that on April 29th incident, CBPO Madeline Porras had been struck in the head by a traffic cone thrown by DELGADO and had reported dizziness and pain. SCBPO Ramos advised CBPO Porras was even sent to

the hospital after the incident.  The agent then spoke to CBPO Porras about the incident. CBPO Porras described a similar encounter with DELGADO.  CBPO Porras stated she encountered DELGADO at the pre-screening checkpoint and inquired about his citizenship and entry documents.  CBPO Porras advised DELGADO stated he didn't have any documents, and stared at the officer.  CBPO Porras advised after being told he couldn't continue, DELGADO began balling his fists, walking back and forth and yelling insults.  CBPO Porras advised when she continued to refused DELGADO, he started throwing empty plastic jugs, traffic cones and items of trash toward the officers from the Mexican side of the boundary.  CBPO Porras stated they avoided most items, but one traffic cone struck her in the hand and head causing her pain.  CBPO Porras advised that when other officers arrived to help, DELGADO ran back to Mexico.  CBPO Porras stated that after an hour or so, she began to feel dizzy, and she advised her supervisors.  CBPO Porras was sent to the hospital, treated and released.  CBPO Porras stated she had a continuing headache since the incident.

At approximately 6:30 am, SA Ortiz attempted to interview DELGADO; however, DELGADO remained belligerent and a threat to spit at officers and agents.  No interview was conducted.

The case was presented to the Assistant United States Attorney (AUSA) Office and Federal prosecution was accepted for assault on a federal officer.